William J. Honan (WJH 1922)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
JO TANKERS BV

**JUDGE KOELTL**

**07 CIV 4694**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

      Plaintiff,

   -against-

PETRAL SHIPPING S.A.C.,

      Defendant.

07 Civ. _____ ( ___ )

CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

*[RECEIVED JUN 0 4 2007 U.S.D.C. S.D.N.Y. CASHIERS stamp]*

    I, Christopher R. Nolan, attorney for Jo Tanker BV, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Jo Tanker BV is a privately owned company, is not publicly traded, and has no parent company.

Dated:   New York, New York
          June 4, 2007

                    HOLLAND & KNIGHT LLP

           By: _____
                   William J. Honan (WJH 1922)
                   Christopher R. Nolan (CRN 4438)
                   195 Broadway
                   New York, NY 10007-3189
                   Tel:   (212) 513-3200
                   Fax:  (212) 385-9010
                   *Attorneys for Plaintiff*

# 4581156_v1