*KOELTL.*

William R. (WH 1922)
Christopher R. Nolan  (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/07
```

ATTORNEYS FOR PLAINTIFF
JO TANKERS BV

**07 CIV  4694**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JO TANKERS BV,

                    Plaintiff,

          -against-

PETRAL SHIPPING S.A.C.,

                    Defendant.

---

07 Civ. _____( _____ )

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

          **UPON** application of Jo Tankers BV for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:    New York, New York
          June ___5___, 2007

SO ORDERED

_____
U.S.D.J.

\# 4581185_v1

2