William J. Honan (WJH 1922)
Christopher R. Nolan (CRN 4438)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
JO TANKERS BV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JO TANKERS BV,

          Plaintiff,

      -against-

PETRAL SHIPPING S.A.C.,

          Defendant.

07 Civ. 4694 ( )

**AFFIDAVIT IN
SUPPORT OF ATTACHMENT**

---

STATE OF NEW YORK     )
                     ) ss:
COUNTY OF NEW YORK   )

Christopher R. Nolan, being duly sworn, deposes and says:

1.     I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff Jo

Tankers BV ("Jo Tankers"), and I am duly admitted to practice before the United States District

Court for the Southern District of New York.

2.     I am familiar with the facts and circumstances underlying this dispute and I am

submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3.      Defendant Petral Shipping S.A.C. ("Petral") is not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4.      Our office contacted the Secretary of State for the State of New York and was advised that Defendant Petral neither was a New York business entity, nor was it a foreign business entity authorized to do business in New York.

5.      The website of this company, www.petralshipping.com, does not indicate any New York contacts or locations.

6.      To the best of my information and belief, Defendant Petral cannot be found within this district or within the State of New York.

7.      Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant Petral is liable to Plaintiff Jo Tankers for the damages alleged in the Verified Complaint, which amount, as best as can be presently determined, to a total of $1,927,892.70, including estimated interest, expenses and attorneys' fees.

8.      Upon information and belief, Defendant Petral has property, goods, chattels or effects within this jurisdiction, to wit:  funds or accounts held in the name of Petral Shipping S.A.C. at one or more of the following financial institutions:

Bank of America, N.A.

The Bank of New York

Citibank, N.A.

2

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Fortis Financial Groups

Banco Popular

Bank of Tokyo-Mitsubishi UFJ Ltd.

9.      Plaintiff Jo Tankers is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $1,927,892.70.

3

WHEREFORE, Plaintiff Jo Tankers respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Christopher R. Nolan

Sworn to before me this
4th day of June, 2007

_____
Notary Public

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010_____

# 4579703_v1

4