CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JO TANKERS BV,                                    :
                                                  :
              Plaintiff,              :         **07-CV-4694**
                                                  :
         v.                             :         **NOTICE OF**
                                                  :         **APPEARANCE**
PETRAL SHIPPING S.A.C.,                           :
                                                  :
              Defendant.             :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        June 25, 2007

                                            CLARK, ATCHESON & REISERT
                                            Attorneys for Garnishee
                                            Societe Generale New York Branch

                      By: _____
                                            Richard J. Reisert (RR-7118)
                                            7800 River Road
                                            North Bergen, NJ  07047
                                            Tel: (201) 537-1200
                                            Fax: (201) 537-1201
                                            Email:  reisert@navlaw.com