CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JO TANKERS BV,                                  :
                                                :
                    Plaintiff,                  :    07-CV-4694
                                                :
         v.                                     :
                                                :
PETRAL SHIPPING S.A.C.,                         :
                                                :
                    Defendant.                  :
---------------------------------------------------------------x

**REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT**

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated June 5, 2007, and served upon Garnishee Societe Generale New York Branch on June 6, 2007, and on a continuous daily basis from that date until the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendant or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by, to or for the benefit of the defendant.

Dated: North Bergen, New Jersey
        June 25, 2007

                                CLARK, ATCHESON & REISERT
                                Attorneys for Garnishee
                                Societe Generale New York Branch

By:            _____
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ  07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email: reisert@navlaw.com

TO:    CLERK OF THE COURT

        HOLLAND & KNIGHT
        Attorneys for Plaintiff
        Attn:   Willliam J. Honan, Esq. (Via email)

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

Steven P. Heineman, being duly sworn, deposes and says as follows:

I am a Managing Director and the Director of Litigation and Regulatory Affairs for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-4694, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

_____
Steven P. Heineman

Sworn to before me this
25th day of June 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138688
Qualified in New York County
Commission Expires December 27, 2009