Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JO TANKERS BV,

                        Plaintiff,                  07 CIV 4694 (JGK)

-against-

PETRAL SHIPPING S.A.C.,                ANSWER OF GARNISHEE
                                                     STANDARD CHARTERED BANK IN
                                                     RESPONSE TO MARITIME
                                                     ATTACHMENT AND GARNISHMENT
                       Defendant.
-------------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

    In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant, except for the following wire transfer which has been restrained in the amount indicated pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

#1105                              1

| | |
|---|---|
| Transaction Reference: | 20071108-00056438 |
| Sender Reference Number: | 550 491326 |
| Wire Transfer Request Received (NY): | November 8, 2007 |
| Value Date: | November 9, 2007 |
| Amount of Wire: | US$15,000.00 |
| Amount Restrained: | US$15,000.00 |
| Originator: | **Petral Shipping Agencies S.A.C.** |
| | Cal. Alcanfores 393 of 102 |
| | Miraflores Lima 18 |
| | Peru |
| Originator's Bank: | Scotiabank Peru S A A |
| | Av Dionisio Derteano 102 |
| | Lima 27, Peru |
| Beneficiary: | Woodhart S.A. |
| Beneficiary Bank: | UBS Deutschland AG (formerly UBS Wealth Management AG) |
| | Stephanstrasse 14-16 |
| | Frankfurt Am Main, DE |

Dated:   New York, New York
         December 27, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:   Holland & Knight LLP
      195 Broadway
      New York, NY 10007
      (212) 513-3200
      *Attorneys for Plaintiff*

#1105                                               2

VERIFICATION

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

_____
JAYSON JARUSHEWSKY

Sworn to before me this
26 day of December 2007

_____
Notary Public

JOHANNA G. VARGAS-Terrero
NOTARY PUBLIC, State of New York
No. 01VA6127834
Qualified in Bronx County
Commission Expires May 31, 2009

#1105                                          3