USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JO TANKERS BV,

            Plaintiffs,

- against -

PETRAL SHIPPING S.A.C.,

            Defendants.

---

07 Civ. 4694 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant shall advise the Court by March 7, 2008 why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated: New York, New York
      February 5, 2008

                                      John G. Koeltl
                                      United States District Judge