UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

        Plaintiff,

-against-

PETRAL SHIPPING S.A.C.,

        Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

07 Civ. 4694 (JGK)

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jo Tankers BV, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       March 4, 2008

HOLLAND & KNIGHT LLP

By: _____
William J. Honan
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:  (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Plaintiff*

The Clerk is directed to enter Judgment and to close this case.

**SO ORDERED:**

_____
Honorable John G. Koeltl
United States District Judge

# 5168110_v1