```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JO TANKERS BV,

    Plaintiff,

  -against-

PETRAL SHIPPING S.A.C.,

    Defendant.

07 Civ. 4694 (JGK)

**NOTICE OF
VOLUNTARY
DISMISSAL**

    **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jo Tankers BV, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
    March 4, 2008

              HOLLAND & KNIGHT LLP

        By: _____
              William J. Honan
              Christopher R. Nolan
              195 Broadway
              New York, NY 10007-3189
              Tel: (212) 513-3200
              Fax: (212) 385-9010

              *Attorneys for Plaintiff*

SO ORDERED:

_____
Honorable John G. Koeltl
United States District Judge

3/5/08

#5168110_v1

*[Handwritten note:]* The Clerk is Directed to enter Judgment and to Close this Case and to dismiss all pending motions without prejudice as moot. SO ORDERED 3/5/08 JG Koeltl U.S.D.J.