**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JO TANKERS BV,

              Plaintiff,                              07 CIVIL 4694 (JGK)

      -against-                                    **JUDGMENT**

PETRAL SHIPPING S.A.C.,

              Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/-8

       Whereas the parties having stipulated to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(i) without prejudice, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on March 6, 2008, having rendered its Order directing the Clerk of the Court to enter judgment, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 6, 2008, this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(i) without prejudice; accordingly, all pending motions are dismissed without prejudice as moot and the case is closed.

**Dated:** New York, New York
           March 7, 2008

                                                  **J. MICHAEL McMAHON**
                                                    **Clerk of Court**

                   BY: _____
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____